UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VONELL LAVELL SHAW,

           Petitioner,

v.                                                                                           Case No. 25-cv-0494-bhl

CHRISTOPHER STEVENS,

           Respondent.

## ORDER DISMISSING §2254 HABEAS PETITION

      On April 3, 2025, Petitioner Vonell Lavell Shaw filed a petition for writ of habeas corpus under 28 U.S.C. §2254. (ECF No. 1.) On May 22, 2025, the Court screened Shaw's petition pursuant to Rule 4 of the Rules Governing §2254 Cases. (ECF No. 11.) The Court determined that Shaw's petition was untimely, that he failed to exhaust his claims, and that he may have now procedurally defaulted on his claims. (*Id.* at 2–3.) The Court gave Shaw 30 days, or until June 23, 2025, to explain why these doctrines do not bar his claims and warned Shaw that failure to comply would result in the dismissal of his petition. (*Id.* at 3.) To date, Shaw has not responded to the Court's order. Because Shaw's petition is untimely, his case will be dismissed with prejudice. *See Pavlovsky v. VanNatta*, 431 F.3d 1063, 1064 (7th Cir. 2005). Accordingly,

      **IT IS HEREBY ORDERED** that Vonell Lavell Shaw's petition pursuant to 28 U.S.C. §2254, ECF No. 1, is **DISMISSED with prejudice**.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. The Court does not find that reasonable jurists could debate that the petitioner has made a substantial showing that the petition should have been resolved in a different manner. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk of Court is directed to enter judgment accordingly.

      Dated at Milwaukee, Wisconsin on July 8, 2025.

                                                                                       s/ *Brett H. Ludwig*
                                                                                       BRETT H. LUDWIG
                                                                                       United States District Judge